

FILED

DEC 27 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Dr. V.I. Fabrikant
prisoner #167 932 D, Archambault jail
242 Boulevard Gibson, Ste-Anne-des-Plaines, Québec, Canada, J5N 1V8

December 16, 2022

To: Registrar, US Federal Court Court

Sir, Madam:

3:22-mc-53
Crytzer/ Poplin

I attach hereby my Statement of Claim. As I have been in jail for over 30 years, I have no money, so I ask you to issue a fee waiver and register and file my Statement of Claim and fax a copy to me at 450-478-7655. If you need me to file a special form for the fee waiver, please fax me the form. If some formal modifications need to be done to the Statement of Claim, let know what they are.

Thank you.

Dr. V.I. Fabrikant

# US FEDERAL COURT

Between:

## Dr. V.I. Fabrikant

Plaintiff

-and-

## Dr. S.V. Kalinin

Defendant

## STATEMENT OF CLAIM

TO THE DEFENDANT

A LEGAL PROCEEDING HAS BEEN COMMENCED AGAINST YOU by the Plaintiff. The claim made against you is set out in the following pages.

IF YOU WISH TO DEFEND THIS PROCEEDING, you or a lawyer acting for you must prepare a statement of defence, serve it on the Plaintiff's lawyer or, where the Plaintiff does not have a lawyer, serve it on the Plaintiff, and file it, with proof of service in this court office, WITHIN TWENTY DAYS after this statement of claim is served on you.

IF YOU FAIL TO DEFEND THIS PROCEEDING, JUDGEMENT MAY BE GIVEN AGAINST YOU IN YOUR ABSENCE AND WITHOUT FURTHER NOTICE TO YOU.

IF YOU SATISFY THE PLAINTIFF'S CLAIM, and $10,000 for costs, within the time for serving and filing your statement of defence you may move to have this proceeding dismissed by the court. If you believe the amount claimed for costs is excessive, you may pay the plaintiff's claim and $400 for costs and have the costs assessed by the court.

Date:                                    Issued by:
                                         Registrar
                                         US Federal Court

To: Dr. S.V. Kalinin
The Center for Nanophase Materials Sciences,
Oak Ridge National Laboratory,
Oak Ridge, TN 37831, USA

The Plaintiff claims:

1. The Plaintiff is a prisoner at Archambault jail, Ste-Anne-des-Plaines, Quebec, Canada. The Defendant is a Distinguished Research Staff Member at the Oak Ridge National Laboratory.

2. About 5 years ago, Dr. E. Karapetian suggested to the Plaintiff that he (Karapetian) would get a grant of $30,000 from the Defendant; in exchange for a part of this money, the Plaintiff had to undertake publishing of 2 articles, including both the Defendant and Dr. Karapetian as co-authors. As the Plaintiff's wife was in a dire need of money, he agreed to these conditions.

3. The following 2 articles were published: V.I. Fabrikant, E. Karapetian, S.V. Kalinin, "*Exact, approximate and asymptotic solutions of the Klein–Gordon integral equation*", Journal of Engineering Mathematics, Vol. 115, pp. 141-156, 2019 and I. Fabrikant, E. Karapetian, S.V. Kalinin, "*Interaction between a punch and an arbitrary crack or inclusion in a transversely isotropic half-space*", Zeitschrift für angewandte Mathematik und Physik, Vol. 69, 2018. The scientific contribution of the Defendant and Dr. Karapetian in both articles was exactly zero, as writing of introductions does not represent a scientific contribution.

4. The Plaintiff's wife received from Dr. Karapetian $7,500; and he got the rest of $30,000. As the Plaintiff is nearing his death, it has become imperative to set the record straight and to reclaim his authorship of the articles. The Plaintiff has sent an e-mail to both Dr. Karapetian and the Defendant, inviting them to voluntarily renounce their co-authorship of the articles and got no response from either of them, so the legal action against both has become necessary.

5. The official biography of the Defendant lists over 460 published articles during past 20 years, which come to at least 23 articles every year, which is close 2 articles every month and this is **a scientific fraud on a great scale.** A regular scientist is considered productive, if he publishes 1 article per year. A gifted scientist publishes 2 articles per year. There are 2 ways to commit fraud on a great scale: to use the taxpayer's money buy authorship by arranging grants to various universities (as he did in the present case) or to make arrangements with other scientists for mutual inclusions as co-authors. As an example, one can find an article with 21 (**twenty one!!!**) authors, where the Defendant's name goes 16th. Even presuming that these 21 authors are not gifted and managed to write 1 article per year, this arrangement of mutual inclusion would give them 21 publications per year.

6. The official biography of the Defendant lists 78 co-authors, located from Singapore to Ireland. This list does not include the Plaintiff, as well as Dr. Karapetian and Dr. Kachanov, who were also his "co-authors". This means that he had at least 81 co-authors during past 20 years, which comes to 4 different co-authors every year. The scientific research just does not work like this. This is clearly a fraud on a great scale.

7. It is well accepted that the name of the author, who really wrote the article, goes first. In the vast majority of the articles, the name of the Defendant goes last or close to the end of the list of the authors. This confirms yet again the fact that the Defendant is committing a fraud on a great scale.

THEREFORE, may it please the Court to:

A) ORDER the Defendant to write letters to the editors of the Journal of Engineering Mathematics and the Zeitschrift für angewandte Mathematik und Physik, admitting that his scientific contribution to both articles was exactly zero;

B) ORDER the Defendant to pay to the Plaintiff punitive damages for scientific fraud on a great scale in the amount of $100,000.

C) ORDER transmission of the materials of this case to the proper District Attorney for a possible criminal prosecution of the Defendant.

The whole with costs.

Dated at Ste-Anne-des-Plaines, Quebec, Canada on this 16th day of December, 2022

_____
Dr. V.I. Fabrikant

File No. _____

Dr. V.I. Fabrikant     and     Dr. S.V. Kalinin
Plaintiff                                                     Defendant

US DISTRICT COURT

Proceeding commenced in Knoxville

STATEMENT OF CLAIM

**Dr. V.I. Fabrikant**
242 Boul. Gibson
Ste-Anne-des-Plaines
Quebec, Canada, J5N 1V8
Tel: (450)-478-5960, ext. 8870
Fax: (450)-478-7655

Dr. V.I. Fabrikant
Prisoner #167 932 D
Archambault jail
242 Boul. Gibson
Ste-Anne-des-Plaines
Quebec, Canada J5N 1V8

The Registrar
United States Courthouse
800 Market Street
Knoxville, TN 37902, USA

RECEIVED
DEC 27 2022
Clerk, U.S. District Court
Eastern District of Tennessee
at Knoxville




